IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> AMANDA HOPE GREWATZ, <br><br> Defendant. | CR 19-104-BLG-SPW-TJC <br><br> **ORDER GRANTING MOTION TO FILE UNDER SEAL** |

Defendant has moved the Court for leave to file her Motion for Detention Hearing under seal. (Doc. 55.) Good cause appearing, IT IS ORDERED that Defendant's motion is GRANTED. The Motion for Detention Hearing lodged as Doc. 56 shall be filed under seal.

DATED this 13th day of April, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge